**Order issued May 13, 2015.**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

No. 05-14-01025-CR
No. 05-14-01026-CR
No. 05-14-01027-CR

**WILLIAM TREMAINE PATTERSON, Appellant**

**V.**

**THE STATE OF TEXAS, Appellee**

**On Appeal from the 194th Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause Nos. F-14-45181-M, F-14-45182-M, and F-14-45183-M**

## ORDER
Before Justices Francis, Brown, and Stoddart

Based on the Court's opinion of this date, we **GRANT** the motion of Dianne Jones McVay for leave to withdraw as appointed counsel on appeal in the above-numbered cases. We **DIRECT** the Clerk of the Court to remove Dianne Jones McVay as counsel of record for appellant William Tremaine Patterson. We **DIRECT** the Clerk of the Court to send a copy of this order and all future correspondence to William Tremaine Patterson, No. 01958939, Byrd Unit, 21 F.M. 247, Huntsville, Texas, 77320.

/s/ MOLLY FRANCIS
JUSTICE